York County. Action by Nellie Fay against the Hudson Navigation Company. From a judgment entered on a verdict for plaintiff, and from an order denying a motion for new trial, defendant appeals. Reversed, and new trial ordered. Henry M. Hewitt, of New York City, for appellant. Alfred S. Katzenstein, of New York City, for respondent.

PER CURIAM. The finding that the defendant was negligent is not sustained by the evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to appellant to abide event, and the finding that the defendant was negligent is reversed. Order filed.

F. B. STEARNS CO. OF NEW YORK, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the F. B. Stearns Company of New York against May M. Hart. G. E. Joseph, of New York City, for appellant. G. S. Brengle, of Amenia, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FELTEN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1915.) Action by Frank Felten against the City of New York. No opinion. Judgment and order affirmed, with costs.

FILONCZUK v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Michael Filonczuk against the International Railway Company and another. No opinion. Plaintiff's exceptions sustained, and motion for a new trial granted, as to both defendants, with costs to plaintiff to abide event. Held, that on the evidence a question of fact as to each defendant was presented, both as to defendant's negligence and plaintiff's contributory negligence.

FINKELSTEIN, Respondent, v. FINKELSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Beatrice Finkelstein against Nathan Finkelstein. H. W. Unger, of New York City, for appellant. L. R. Brilles, of New York City, for respondent. No opinion. Order modified, by reducing alimony to $20 per week, and counsel fee to $100, and, as so modified, affirmed, without costs. Order filed.

FIRST CONGREGATIONAL CHURCH OF SCHENECTADY, N. Y., Appellant. v. FAUST et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by the First Congregational Church of Schenectady, N. Y., against Wm. P. Faust and others. No opinion. Judgment unanimously affirmed, with costs.

FIRST NAT. BANK OF BROWNSVILLE, TEX., v. FLEITMANN. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the First National Bank of Brownsville, Tex., against Lida M. Fleitmann, as administratrix, etc. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 168 App. Div. 75, 153 N. Y. Supp. 869.

FISCHEL v. FRIEDLANDER et al. (two cases). (Supreme Court, Appellate Division, First Department. October 22, 1915.) Actions by Alexander Fischel against Meyer Friedlander and others. No opinion. Motions denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1121; 155 N. Y. Supp. 1106.

FISCHEL v. FRIEDLANDER. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Alexander Fischel against Meyer Friedlander. No opinion. Motion granted, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1106.

FITZGERALD, Respondent, v. WESTCHESTER COUNTY BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by George F. Fitzgerald against the Westchester County Brewing Company and another. No opinion. Judgment affirmed by default, with costs.

FITZGERALD BROS. BREWING CO., Respondent, v. NEW YORK CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by the Fitzgerald Bros. Brewing Company against the New York Central Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

FITZGIBBON, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Mary Fitzgibbon against George W. Linch, as receiver, etc. C. H. Tuttle, of New York City, for appellant. H. W. Unger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FLAGLER, Respondent, v. KITTLE, Appellant. (Supreme Court, Appellate Division, First Department. October, 15, 1915.) Action by John H. Flagler against Charles A. Kittle. A. A. Raphael, of New York City, for appellant. A. H. Kohn, of New York City, for respondent. No opinion. Motion for stay granted, without costs. Settle order on notice. See, also, 155 N. Y. Supp. 1106.

FLAGLER, Respondent, v. KITTLE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by John H. Flagler against Charles A. Kittle. A. A. Raphael, of New York City, for appellant. A. H. Kohn, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. See, also, 155 N. Y. Supp. 1106.